UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 07-60056-CIV-ALTONAGA/Turnoff

KARL WHITE,

    Plaintiff,

vs.

MICHAEL J. SATZ, et al.,

    Defendants.
_____/

### ORDER

**THIS CAUSE** is before the Court *sua sponte*. This case was referred to the undersigned on January 17, 2007, by the Honorable Cecilia M. Altonaga, District Court Judge, for the Southern District of Florida, for a final order on all non-dispositive pretrial matters and for a report and recommendation on all dispositive matters. **[DE 8]**. The Court has considered the written and oral arguments, the Court record, the applicable law, and is otherwise duly advised in the premises.

A review of the record shows the following activity: On January 16, 2007, Plaintiff filed a Complaint **[DE 1]**, a Motion for leave to proceed *in forma pauperis* **[DE 3]**, a Motion for Appointment of Counsel **[DE 4]**,[1] and an Order to Show Cause for a Preliminary Injunction and a Temporary Restraining Order. **[DE 7]**. Judge Altonaga granted the Motion to proceed *in forma pauperis* but denied the Motion to appoint counsel. **[DE 5]**.

On January 17, 2007, the case was referred to the undersigned for all pretrial

---

    [1]**[DE 6]**, also filed on January 16, 2007, is a duplicate of **[DE 4]**, and was terminated as such.

Case No.: 07-60056-CIV-ALTONAGA/Turnoff

matters **[DE 8]**, and an Order Providing Instructions to *Pro Se* Litigant was entered. **[DE 9]**. Docket entries dated February 5th and February 7th show Notices of Undeliverable Notice of Electronic Filing with respect to these two Orders. Subsequently, Plaintiff re-submitted his address to the Court. **See [DE 16]**.

On February 2, 2007, Plaintiff filed twenty (20) summonses **[DE 10]**, a Notice requesting a copy of the Local Rules for the Southern District of Florida **[DE 11]**, and an Appeal of Judge Altonaga's Order denying the appointment of counsel. **[DE 12]**. Judge Altonaga construed the Appeal as a motion for reconsideration and denied same on March 1, 2007. **[DE 17]**.

On February 23, 2007, Plaintiff filed a Notice indicating that, on January 2, 2007, he had sent to the Court four (4) motions for appointment of a process server, but it had come to his attention that they had not been received. **[DE 14]**. Plaintiff advised the Court that he was sending five extra copies of the same motion. **Id**. A few days later, on February 27, 2007, Plaintiff filed a Notice enclosing four cover sheets **[DE 15]**. Plaintiff also filed a Request for a Copy of the Pleadings **[DE 16]**, which Judge Altonaga granted on March 20, 2007. **[DE 18]**.

Presently at issue are Plaintiff's Order to Show Cause for a Preliminary Injunction and a Temporary Restraining Order **[DE 7]** and Plaintiff's Request for a copy of the Local Rules for the Southern District of Florida **[DE 11]**. The record indicates that the Defendants have not been served.

Plaintiff has filed an Order to Show Cause for a Preliminary Injunction and a

Case No.: 07-60056-CIV-ALTONAGA/Turnoff

Temporary Restraining Order **[DE 7]** in improper form.  It is well-settled law that, "[o]nce a pro se IFP [*In Forma Pauperis*] litigant is in court, he is subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure."  Moon v. Newsome, 863 F.2d 835, 837 (11th Cir. 1989).  See also, Fry v. Hillsborough County School Bd., Fla., 190 Fed. Appx. 810, 817, (11th Cir. 2006); Parks v. City of Carrollton, 2005 WL 2219072 (11th Cir. 2005); and Loren v. Sasser, 309 F.3d 1296, 1304 (11th Cir. 2002).  As such, Plaintiff's filings with the Court must be made in accordance with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court, Southern District of Florida.

With respect to Plaintiff's request for a copy of the Local Rules **[DE 11]**, the Local Rules are available for review on the public website for the Southern District Court of Florida at www.flsd.uscourts.gov and from the Clerk's Office. The Federal Rules of Civil Procedure are available for review in the law libraries of the state and federal courthouses. A copy of the Local Rules may be obtained at no charge by mailing a letter to the Clerk's Office.  Because the Court cannot pay mailing costs, the request must be accompanied by a self-addressed envelope with the proper postage affixed thereto.

The Court further notes that Plaintiff's submissions of February 23rd and February 27th, designated as Notices, are not proper filings. **[DE 14 & 15]**.  Plaintiff is cautioned that any further improper filings shall be stricken from the Court record and may subject Plaintiff to the imposition of sanctions as allowed by the Federal and Local Rules of Civil Procedure.

Case No.: 07-60056-CIV-ALTONAGA/Turnoff

It is hereby **ORDERED AND ADJUDGED** that Plaintiff's Order to Show Cause for a Preliminary Injunction and a Temporary Restraining Order **[DE 7]** is **DENIED** without prejudice; and Plaintiff's Request for a copy of the Local Rules for the Southern District of Florida **[DE 11]** is **GRANTED**, consistent with the above instructions.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this 21st day of March 2007.

**WILLIAM C. TURNOFF**
**United States Magistrate Judge**

Copies provided:
Honorable Cecilia M. Altonaga
Counsel of Record